UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANJUM A. QURESHI, *et al.*,

    Plaintiffs,	Case No. 3:18-cv-27

vs.

INDIAN RIVER TRANSPORT, *et al*.,	Magistrate Judge Michael J. Newman
(Consent Case)

    Defendants.

_____

# ORDER
_____

This civil consent case is before the Court on Defendant's motion to enforce the settlement agreement entered into by the parties. Doc 25. As the motion suggests, it appears that Plaintiffs, Anjum A. Qureshi and Anna Quershi, have accepted monies to settle this case, but have declined to sign the settlement agreement provided to them by Defendants' counsel. *Id.* The Court hereby schedules a hearing on this motion for **July 16, 2019 at 1:30 p.m**. The court **ORDERS** both Anjum A. Qureshi and Anna Qureshi to appear at the hearing, and advises that their failure to do so may result in sanctions, including but not limited to contempt. At the hearing, both sides will be given an opportunity to present oral argument and introduce any and all evidence they deem appropriate. If this matter is resolved prior to July 16 by the signing of the settlement or otherwise, counsel shall contact Diane Marcus at 937-512-1641 and so advise. Plaintiff's counsel is **ORDERED** to serve a copy of this order upon Anjum Qureshi and Anna Qureshi.

    **IT IS SO ORDERED.**

Date:   June 20, 2019                                  s/ Michael J. Newman
                                                                               Michael J. Newman
                                                                               United States Magistrate Judge