# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| Anjum A. Qureshi, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Indian River Transport, et al. | ) |
| *Defendant* | ) |

Civil Action No.  3:18-CV-27

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:  Judgment in favor of Plaintiff Anjum Qureshi and against Defendants; Order and Entry Approving
Stipulation on Dismissal, document 30, and Motion to Enforce Settlement Agreement, document 25;
dismissing case with prejudice and terminating case on the Court's docket.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge  Michael J. Newman _____ on a motion for
    Order and Entry

Date:  9/12/19 _____

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*